Form ODM13HRG 06/07

# UNITED STATES BANKRUPTCY COURT
## Middle District of Louisiana

*Case No.:* 10−11456
*Chapter:* 13

*In Re: Debtor(s):*

Donnyella Renee Laphand
POB 41399
Baton Rouge, LA 70835

*Social Security No.:*

xxx−xx−9760

*Employer's Tax I.D. No.:*

## ORDER DISMISSING CHAPTER 13 CASE

For reasons orally assigned in Open Court,

***IT IS ORDERED*** that this case is ***DISMISSED*** and the automatic stay is terminated.

***IT IS FURTHER ORDERED*** that the trustee is awarded a $50.00 administrative fee payable from funds in her possession, if the court has not confirmed a plan.

***IT IS FURTHER ORDERED*** that the trustee will be discharged from and relieved of his of her trust upon the closing of the case.

Baton Rouge, Louisiana, 2/24/11.

 s/Douglas D. Dodd
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE